UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14002-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

v.

JULIUS ANDREW REASON, III,

NATASHIA THAMES and

VENTERIA LEANET REASON,

Defendants.
_______________________________________/

**GOVERNMENT'S NOTICE OF STRIKING DE 264**

The United States of America, by and through the undersigned Assistant United States Attorney, submits this Notice to Strike Docket Entry 264, filed on March 3, 2017.

The Government's Amended Certificate of Compliance Re: Admitted Evidence was correctly filed at DE 266.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By s/Carmen M. Lineberger

CARMEN M. LINEBERGER (Court #A5501180)
EMAIL: carmen.lineberger@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
TEL: 772-466-0899
FAX: 772-466-1020
Attorney for Plaintiff U.S.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Carmen M. Lineberger
CARMEN M. LINEBERGER
Assistant United States Attorney