FILED BY [signature] D.C.
MAY 31 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

May 17th, 2017

**U.S. Court Clerk**
**300 S. 6th Street**
**Fort Pierce, FL. 34950**

**RE:** Case No. 16-14002-CR-ROSENBERG

Dear Clerk:

This letter is to inform the court that I am informing as well as instructing my assigned counsel, Johnathan Friedman, the following:

This is Julius Reason III. I called your office the next day after you came to visit me on May 15th, 2017. Whomever answered the phone hung up on me once they heard my name. To me, that was very uncalled for and very disrespectful. I am definately not spending my money to call you or your staff to have a great day.

I am writing you for a few reasons and the above statement was just one of the few. Another reason I am writing is that I want the Stephen Dominick Mcfadden, petitioner v. United States Supreme Court added to my Appeal to the United States Court of Appeals for the 11th Circiut. That is an issue I want added and aggressively persued. The amount/ ratio, the leader/ organizer, and the gun are mandatory appeal topics.

Furthermore, the other reason, I am writing you is that I would like a copy of my transcripts for the sentencing date (February 28, 2017) and a copy of the Memorandum that you prepared for Judge Rosenberg prior to my sentencing date.

I have to be honest with you Mr. Friedman, I am very upset about this case law MCFADDEN, ID., just making an appearance. This case law had been in effect as a Supreme Court precedent before I caught this case and you never metioned it to me nor raised this important issue emphazied in MCFADDEN to the courts. Knowledge and Intent has to be proven. For the record, Even the Judge Rosenberg, acknowledged on the record that I didn't know that my conduct was illegal! If I would have known that this case law was available, I promise you that I would not have went the route I did by taking that plea deal. This case law had been available since June 18th, 2015. So, in my opinion, there is no reason for me to just now finding out about it. I honestly hope you had no idea that this case law existed. Because if you did and you did not tell me about it this could very well be considered ineffective assistance of counsel on your part.

Respectfully Submitted,

[signature]

Julius ReasonIII,
Reg. No. 12550-104
FEDERAL DETENTION CENTER
FDC MIAMI
P.O. BOX 019120

Julius Reason III
FDC Miami
P.O. Box 019120
Miami FL 33101

MIAMI FL 331
18 MAY 2017 PM 3 L

Legal Mail

Legal Mail

REC'D by ___ D.C.
MAY 22 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

U.S. Court Clerk
300 S 6th Street
Fort Pierce FL 34950

34950-422100

The enclosed letter processed through special mailing
Procedure for forwarding to you. The letter has neither been
Opened nor inspected. If the writer raises a question or problem
Over which this facility has jurisdiction, you may wish to return
The material for further information or clarification. If the writer
Encloses correspondence for forwarding to another address, please
Return the enclosed to the following address:
FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI, FL 33101 DATE: ______________